# Third District Court of Appeal

## State of Florida

Opinion filed June 26, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1752
Lower Tribunal No. 22-9901
_____

**Mark L. Pomeranz,**
Appellant,

vs.

**Victor K. Rones, etc.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Landsman Law Firm, P.A., and Lisa C. Landsman (Hallandale), for appellant.

Victor K. Rones P.A., and Victor K. Rones and Jeremy S. Rones, for appellee.

Before LINDSEY, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Allstate Mortg. Sols. Transfer, Inc. v. Bank of Am., N.A.,

338 So. 3d 985, 988 (Fla. 3d DCA 2022) (explaining that because first step defendant took in case "did not assert any challenge to service of process or otherwise contest the court's jurisdiction over [him], [he] waived any subsequent challenge to personal jurisdiction, and could not validly contest the sufficiency of service of process in a subsequently filed motion to quash service of process"); Chestnut v. Nationstar Mortg. LLC, 255 So. 3d 397, 399 (Fla. 3d DCA 2018) ("By failing to raise service of process in his pre-answer motion to dismiss, Chestnut submitted himself to the trial court's jurisdiction and thus waived his right to later assert that defense.").